IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 06-cv-00683-CMA-BNB

QFA ROYALTIES, LLC, and
QIP HOLDER, LLC,

    Plaintiffs,

v.

SANJAY PATEL, and
MOKSHA PATEL,

    Defendants.

## ORDER DISMISSING CASE WITHOUT PREJUDICE

This matter comes before the Court on Plaintiffs' response (Dkt. #10) to the Court's December 8, 2008, order to show cause why this case should not be dismissed without prejudice or administratively closed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. In consideration of Plaintiffs' agreement that this case should be dismissed without prejudice

IT IS HEREBY ORDERED that this case is dismissed without prejudice for failure to prosecute under Rule 41(b). All parties are to bear their own costs.

    DATED: December 23, 2008

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge